JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

SALVADOR RODRIGUEZ ROSALES,

                Petitioner,

        v.

MARK BOWEN, Warden of the Adelanto ICE Processing Center, et al.,

                Respondents.

Case No. 5:25-cv-03354-SSS-BFM

**JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is granted as to Petitioner's First Claim for Relief regarding violation of 8 U.S.C. § 1226(a) and Respondents are enjoined from continuing to detain Petitioner unless he is provided with individualized bond hearings before an immigration judge pursuant to 8 U.S.C. § 1226(a) within 7 days of the date of this Order.

The Court DIRECTS the Clerk to close this case.

DATED: February 3, 2026

_____
SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE